UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-CV-2044-JAR |
| ) | |
| REAL PROPERTY AT 3465 KINGS HILL ) | |
| ROAD, SANTA ROSA, CALIFORNIA, ) | |
| 95404, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Government's motion to stay proceedings. (Doc. No. 16) In support of its motion, the Government states that on October 30, 2013, Jason Kirlin was indicted in cause number 4:13-cr-00457 CEJ on charges of possession with the intent to distribute marijuana, mail fraud, wire fraud, and money laundering, in violation of Title 18, United States Code, Sections 371 and 1956, Title 31, United States Code, Sections 5324(a)(3), and Title 21, United States Code, Sections 841 and 846. Included in the indictment is a forfeiture allegation that seeks criminal forfeiture of all property, real or personal, subject to forfeiture for those offenses, pursuant to Title 21, United States Code, Section 853(a), Title 18, United States Code, Section 982(a)(1), and 31, United States Code, Section 5317(c). The criminal case now pending involves the same facts as the instant case, and the property alleged to be subject to civil forfeiture in this action is also subject to criminal forfeiture in the criminal case. The Government states that continuation of the instant forfeiture proceedings will adversely affect its ability to prosecute its criminal case and place an unnecessary burden on claimant's right against self-incrimination. Upon consideration, the motion will be granted in part.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **STAYED** for a period of ninety (90) days.

**IT IS FURTHER ORDERED** that the Government shall file a status report with the Court on the pending criminal case, *United States v. Jason W. Kirlin*, 4:13-CR-457 CEJ-TIA-1, within ninety (90) days from the date of this Order, and make an appropriate motion as to the extension, modification or lifting of the stay.

Dated this 5th day of December, 2013.

                                                JOHN A. ROSS
                                              UNITED STATES DISTRICT JUDGE